IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KATHY LYNN CONNORS,**<br>    Plaintiff, | :<br>:<br>: |
| v. | :    CIV. NO. 20-CV-3950-RAL |
| | : |
| **KILOLO KIJAKAZI, Acting**<br>**Commissioner of Social Security,**<br>    Defendant. | :<br>:<br>: |

## O R D E R

**AND NOW** this 4th day of October, 2021, upon consideration of the parties' submissions, it is **ORDERED** that:

1. Petitioner's Complaint (Doc. No. 1) and Request for Review (Doc. No. 14) is **DENIED** and the arguments of the Acting Commissioner as set forth in the Defendants Response to Request for Review of Plaintiff (Doc. No. 15) are adopted as addressed in the Memorandum Opinion;

2. **JUDGMENT IS ENTERED** by separate document, in favor of the Acting Commissioner of Social Security, KILOLO KIJAKAZI, filed contemporaneously. See *Shalala v. Schaefer*, 509 U.S. 292, 303 (1993); *Kadelski v. Sullivan*, 30 F.3d 399, 402 (3d Cir. 1994); Fed. R. Civ. P. 58(a); and

3. The Clerk of Court shall mark this case **CLOSED** for all purposes including statistics.

**BY THE COURT:**

*s/Richard A. Lloret*
**RICHARD A. LLORET**
**U.S. Magistrate Judge**