UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATHY LYNN CONNORS,** | : | |
| Plaintiff, | : | CIVIL ACTION NO. 20-3950-RAL |
| | : | |
| v. | : | |
| | : | |
| **KILOLO KIJAKAZI,** | : | |
| Commissioner of Social Security,[1] | : | |

**RICHARD A. LLORET**
U.S. Magistrate Judge                                                November 10, 2021

### ORDER

**AND NOW** this 10th day of November, 2021, upon consideration of the parties' submissions, it is **ORDERED** that the motion for reconsideration is **DENIED**.

                                                       **BY THE COURT:**

                                                 *s/Richard A. Lloret*
                                                 **RICHARD A. LLORET**
                                                 **U.S. Magistrate Judge**

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Ms. Kijakazi should be substituted for the former Commissioner of Social Security, Andrew Saul, as the defendant in this action. No further action need be taken to continue this suit pursuant to section 205(g) of the Social Security Act. 42 U.S.C. § 405(g). (Social Security disability actions "survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office").